UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
POLYMER TECHNOLOGIES, INC.,

    Plaintiff,

-against-

LAWRENCE SOMMER and A to Z
MACHINERY CORP.

    Defendants.
----------------------------------x

Index No. 5932/06

DEFAULT JUDGMENT

The summons and complaint in this action having been duly served on the above-named defendant A to Z Machinery Corp. on November 7, 2006 and service on Lawerence Sommer having been duly completed on December 5, 2006 and said defendants having failed to plead or otherwise defend in this action, and said default having been duly noted, and upon the annexed declaration of default judgment.

NOW, on motion of Marc Rowin, the attorney for plaintiff, it is hereby

ORDERED and ADJUDGED that Polymer Technologies, Inc., the plaintiff, does recover of A to Z Machinery Corp, whose principal place of business is located at 6161 Woodhaven Boulevard, Rego Park New York, and Lawerence Sommer, residing at 61-61 Woodlawn Blvd., Apt 1D, Rego Park, New York, the sum of $75,500, plus interest at the legal rate in effect on the date of this judgment; and, that plaintiff have execution therefor.

Dated: New York, New York

             SO ORDERED

             By: /signed/
             Hon. Nicholas G. Garaufis, USDJ